MARC A. RIONDINO
City Attorney
BY: MICHELLE BANKS-SPEARMAN (MB7540)
Assistant City Attorney
Office of the City Attorney
Fourth Floor, City Hall, Room 419
P.O. Box 95120
Camden, New Jersey 08101-5120
856-757-7170
Attorneys for Defendant City of Camden

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RIVERS BEND HOLDINGS, LLC. | : | CASE NO. 1:13-CV-02060-NLH-JS |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICAN, et. al. | : | |
| Defendants. | : | HON. NOEL L. HILLMAN |
| | : | |

**APPLICATION OF DEFENDANT CITY OF CAMDEN FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO PLAINTIFF'S COMPLAINT**
[Local Civil Rule 6.1(b)]

**To:** **Clerk, United States District Court**
 **District of New Jersey**
 **Mitchell H. Cohen Federal Courthouse**
 **1 John F. Gerry Plaza**
 **Camden, NJ 08101**

Application is hereby made by the City of Camden (the "City") for a Clerk's Order extending the time, within which the City may answer, move, or otherwise reply to the Complaint of Rivers Bend Holdings, LLC. It is represented that:

1. No previous extension has been obtained; and

2. Plaintiff's Complaint (Document No. 2) was filed on April 2, 2013; and

3. The City was served on April 10, 2013; and

4. The time to answer, move, or otherwise reply expires on May 1, 2013 pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i).

        Respectfully submitted,
        MARC A. RIONDINO,
        City Attorney

By:    s/ Michelle Banks-Spearman_____
       MICHELLE BANKS-SPEARMAN
       Assistant City Attorney

Dated: May 25, 2013

**ORDER**

The above application is **GRANTED**.  The time for the defendant, City of Camden to answer, move or otherwise reply to the Complaint of Rivers Bend Holdings et al, is extended to May 16, 2013.

William T. Walsh, Clerk

_____

By: Deputy Clerk

DATED: